IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **URBAN ROW HOLDINGS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-21 |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF GROVE FUNDING I TRUST, AVT TITLE SERVICES, LLC and RF MORTGAGE SERVICES CORPORATION,** | § § § § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to an agreement reached between the parties, Plaintiff Urban Row Holdings, LLC ("Plaintiff") and Defendant U.S. Bank Trust National Association, as Trustee of Grove Funding I Trust ("Defendant"), according to Federal Rules of Civil Procedure 41(c) and 41(a)(1)(ii), file this Joint Stipulation of Dismissal with Prejudice and show:

Plaintiff and Defendant respectfully request that the Court sign an order of voluntary dismissal as to the above-referenced action ordering:

1. That this Joint Stipulation of Dismissal is granted; and

2. That all of Plaintiff's claims against Defendant in this action are dismissed with prejudice; and

3. That each party is to bear its respective costs and attorney's fees.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendant stipulate as provided above and pray that the Court sign an order granting such stipulation. Plaintiff and Defendant request all other relief to which they are entitled.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
mcronenwett@hmwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR DEFENDANT**

and

By: */s/ Bruce W. Akerly by Mark D. Cronenwett with permission*
**BRUCE W. AKERLY**
Texas Bar Card No. 00953200
bakerly@akerlylaw.com

**AKERLY LAW PLLC**
2785 Rockbrook Drive, Suite 201
Lewisville, Texas 75067
(469) 444-1878
(469) 444-1801 (Fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 18, 2024, a true and correct copy of the foregoing document was delivered to the following counsel of record via ECF Notification:

Bruce W. Akerly
Akerly Law PLLC
2785 Rockbrook Drive, Suite 201
Lewisville, Texas 75067
bakerly@akerlylaw.com

                                      */s/ Mark D. Cronenwett*
                                      **MARK D. CRONENWETT**