United States District Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URBAN ROW HOLDINGS, LLC, § § § Plaintiff, § § v. § § U.S. BANK TRUST NATIONAL § ASSOCIATION, AS TRUSTEE OF § GROVE FUNDING I TRUST, AVT § TITLE SERVICES, LLC and RF § MORTGAGE SERVICES § CORPORATION, § § Defendants. § | | Civil Action No. 4:24-cv-21 |

## ORDER OF DISMISSAL

**CAME ON TO BE CONSIDERED** this day the "Joint Stipulation of Dismissal with Prejudice," filed in this cause by Plaintiff Urban Row Holdings, LLC ("Plaintiff") and U.S. Bank Trust National Association, as Trustee of Grove Funding I Trust ("Defendant"). After considering said Stipulation and the agreement of the parties expressed therein, the Court **GRANTS** the Joint Stipulation and hereby dismisses with prejudice Plaintiff's claims against Defendant. All relief not granted herein is denied. Costs are taxed against the party incurring same.

SO ORDERED this 22nd day of January, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE